UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BOND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-0125 AC P<br><br><br>ORDER |

　　　　Plaintiff, a former federal detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. Based on plaintiff's January 31, 2014 change of address which indicates that he is no longer incarcerated, the court is unable to determine whether plaintiff is indigent and unable to pay the filing fees for the present action. ECF No. 4. Therefore, plaintiff will be provided an opportunity to update his financial status by submitting a fully completed application to proceed in forma pauperis by a non-prisoner.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request to proceed in forma pauperis (ECF No.2) is denied without prejudice;

　　　　2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court for non-prisoners; and

1

3. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: February 12, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2